**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00208-CV**
_____

**IN THE INTEREST OF B.G. AND B.G.**

---

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause No. CIV31920**

---

**MEMORANDUM OPINION**

K.G., Mother of the minors involved in this parental termination case, filed a notice of appeal challenging the trial court's order terminating her parental rights. The Clerk's Record, which Mother filed to support her appeal, shows the trial court signed an order granting a new trial on November 9, 2020. *See* Tex. R. Civ. P. 329b(e). On November 30, 2020, we notified the parties that we would dismiss the appeal unless they could explain how the Court possessed jurisdiction over Mother's appeal given the trial court's order granting Mother's motion for new trial. The parties did not reply to the Court's request.

1

The record shows the Court does not have jurisdiction over Mother's appeal since the court vacated its judgment and granted Mother's motion for new trial. We hold the Court lacks jurisdiction over the appeal and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 29, 2020
Opinion Delivered December 30, 2020

Before Kreger, Horton, and Johnson, JJ.

2